UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARY JONES, et al., ) | CASE NO. WD CV 08-7201-JFW (PJW) |
| ) | |
| Plaintiffs, ) | |
| ) | ORDER ACCEPTING FINAL REPORT AND |
| v. ) | ADOPTING FINDINGS, CONCLUSIONS, |
| ) | AND RECOMMENDATIONS OF UNITED |
| BEVERLY HILLS UNIFIED SCHOOL ) | STATES MAGISTRATE JUDGE |
| DISTRICT, et al., ) | |
| ) | |
| Defendants. ) | |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Fourth Amended Complaint, the records on file, and the Final Report and Recommendation of United States Magistrate Judge and has considered *de novo* the portions of the Report as to which objections have been filed. The Court accepts the Magistrate Judge's Report and adopts it as its own findings and conclusions.

DATED:    March 25, 2010   .

JOHN F. WALTER
UNITED STATES DISTRICT JUDGE

C:\Temp\notesE1EF34\RR Order.wpd