1
2
3
4
5
6
7

8                    UNITED STATES DISTRICT COURT
9                   CENTRAL DISTRICT OF CALIFORNIA

10  MARY JONES, et al.,            )  CASE NO. WD CV 08-7201-JFW (PJW)
                                   )
11              Plaintiffs,        )
                                   )  J U D G M E N T
12         v.                      )
                                   )
13  BEVERLY HILLS UNIFIED SCHOOL   )
    DISTRICT, et al.,              )
14                                 )
                Defendants.        )
15  _____)

16

17       Pursuant to the Order Adopting Findings, Conclusions, and
18  Recommendations of United States Magistrate Judge,
19       IT IS ADJUDGED that the following claims are dismissed with
20  prejudice: (1) Plaintiff Mary Jones's Title IX claims; (2) Plaintiff
21  Chelsea Jones's Title IX claim based on her status as being a better
22  athlete than other girls on the team; (3) Plaintiff Chelsea Jones's
23  claims under 42 U.S.C. § 1983, alleging violations of the First,
24  Fourth, Thirteenth, and Fourteenth Amendments; (4) Plaintiff Chelsea
25
26
27
28

Jones's claims against all named individual Defendants; and (5) Plaintiff Chelsea Jones's requests for injunctive relief and punitive damages.

DATED:     March 25, 2010

_____
JOHN F. WALTER
UNITED STATES DISTRICT JUDGE

C:\Temp\notesE1EF34\Judgment.JONES.wpd