```
                    UNITED STATES DISTRICT COURT

                   CENTRAL DISTRICT OF CALIFORNIA

MARY JONES, et al.,              )  CASE NO. CV 08-7201-JFW (PJW)
                                 )
          Plaintiffs,            )
                                 )  ORDER ACCEPTING REPORT AND
     v.                          )  ADOPTING FINDINGS, CONCLUSIONS,
                                 )  AND RECOMMENDATIONS OF UNITED
BEVERLY HILLS UNIFIED SCHOOL     )  STATES MAGISTRATE JUDGE
DISTRICT, et al.,                )
                                 )
          Defendants.            )
_____)
```

Pursuant to 28 U.S.C. Sec. 636, the Court has reviewed the Fourth Amended Complaint, records on file, and the Report and Recommendation of the United States Magistrate Judge. Plaintiff has not filed any written Objections to the Report. The Court accepts the findings and recommendation of the Magistrate Judge.

DATED: <u>June 16, 2011</u>.

                                    _____
                                    JOHN F. WALTER
                                    UNITED STATES DISTRICT JUDGE

C:\Temp\notes1B8056\Order accep r&r msj.wpd