JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARY JONES, et al., | Case No. CV 08-7201-JFW (PJW) |
| Plaintiffs, | |
| v. | J U D G M E N T |
| BEVERLY HILLS UNIFIED SCHOOL DISTRICT, et al., | |
| Defendants. | |

Pursuant to the Order Adopting Findings, Conclusions, and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the action is dismissed with prejudice.

DATED: June 16, 2011.

_____
JOHN F. WALTER
UNITED STATES DISTRICT JUDGE